# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| BRIAN LYNGAAS, D.D.S., individually and as the representative of a class of similarly-situated persons,<br><br>Plaintiff,<br><br>v.<br><br>J. RECKNER ASSOCIATES, INC. d/b/a RECKNER HEALTHCARE and CALCIVIS, LTD.,<br><br>Defendants. | Case No. 17-cv-12867<br><br>Hon. Terrence G. Berg<br>Magistrate Elizabeth A. Stafford<br><br>CLASS ACTION |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for Plaintiff Brian Lyngaas, D.D.S. and Defendants J. Reckner Associates, Inc. d/b/a Reckner Healthcare and Calcivis, Ltd., that, pursuant to Fed R. Civ. P. 41(a)(1)(ii), Plaintiff's claims against Defendants shall be dismissed with prejudice, with each party bearing its own costs. This stipulation of dismissal disposes of the entire action.

Respectfully submitted,

| /s/ *John MacKenzie with consent* | /s/ *David M. Oppenheim* |
|---|---|
| John MacKenzie | David M. Oppenheim |
| Maddin Hauser | Robert M. Hatch (MI Bar No. P46566) |
| 28400 Northwestern Hwy., Suite 200 | Bock, Hatch, Lewis & Oppenheim, LLC |
| Southfield MI 48034 | 134 N. La Salle Street, Suite 100 |
| | Chicago, IL 60602 |
| Attorneys for Defendant Calcivis, Inc. | Telephone: (312) 658-5500 |
| | service@classlawyers.com |

| /s/ *Andrew M. Lammert with consent* | Richard Shenkan |
|---|---|
| Andrew M. Lammert | Shenkan Injury Lawyers, LLC |
| McCarthy, Leonar & Kaemmerer, L.C. | MI Attorney ID 79800 |
| 815 Maryville Centre Drive, Suite 300 | 6550 Lakeshore St. |
| Town & Country, MO 63017 | West Bloomfield, MI 48323 |
| Telephone: (314) 392-5200 | Telephone: (248) 562-1320 |
| alammert@mlklaw.com | rshenkan@shenkanlaw.com |
| | |
| Attorneys for Defendant J. Reckner Associates, Inc. | Attorneys for Plaintiff |